No. 03–6281. PEREZ v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $3,351.04 for the period April 1 through July 31, 2003, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 539 U. S. 924.]

No. 126, Orig. KANSAS v. NEBRASKA ET AL. Final Report of the Special Master received and ordered filed. [For earlier order herein, see, *e. g.,* 538 U. S. 1055.]

No. 02–458. RAYMOND B. YATES, M. D., P. C. PROFIT SHARING PLAN ET AL. v. HENDON, TRUSTEE. C. A. 6th Cir. [Certiorari granted, 539 U. S. 957.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1348. OLYMPIC AIRWAYS v. HUSAIN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HANSON, DECEASED, ET AL. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1056.] Motion of Air Transport Association of America, Inc., for leave to file a reply to brief as *amicus curiae* of the United States denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 02–9410. CRAWFORD v. WASHINGTON. Sup. Ct. Wash. [Certiorari granted, 539 U. S. 914.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.